IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0523

_____

IN THE MATTER OF

C.A.Y and K.E.Y.

    Youths in need of Care.

_____

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until February 08, 2020 to prepare, serve, and file his Opening Brief. No additional extensions will be granted for the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2021